IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 APR 11 A 9:18
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

SAMUEL LEE MOORE 119785
Full name and prison number of plaintiff(s)

v.

SHERIFF D.T. MARSHALL
SHERIFF WILLIE VAUGHNER
COMMISSIONER RICHARD ALLEN

Name of person(s) who violated your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. 2:07CV308-WHA
(To be supplied by the Clerk of the
U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:
   Plaintiff(s) N/A
   Defendant(s) _____

2. Court (if federal court, name the district; if state court, name the county) N/A

3. Docket No. N/A

4. Name of Judge to whom case was assigned N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition ___

II. PLACE OF PRESENT CONFINEMENT P.O. Box 160 Alexander City AL. 35011

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED N Lowndes County Jail / Montgomery County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Sheriff D.T. Marshall | Lowndes County Courthouse P.O. Box 157 Haynville, AL. 36040 |
| 2. | Sheriff Willie Vaughner | |
| 3. | Commissioner Richard Allen | Alabama Dept. of Corrections 301 S. Ripley St. Montgomery, AL. 36130- |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Dec 5th 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Violation of 14th Amendment

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
On or about 5 Dec. 2006 Plantiff broke his foot and was, either denied, refused and or recieved inadequate medical treatment by all parties resulting in a gross deformaty of same.

GROUND TWO: Violation of 8th Amendment of United States Constitution

SUPPORTING FACTS: Being subjected to cruel and unusual punishments, defendants neglect to afford proper treatment

GROUND THREE: Violation of 5th Amendment and the 9th Amendment

SUPPORTING FACTS: After having gone through the pain and suffering there has not been to this date, any further action on any of the named defendants.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES. Each defendant pay plaintiff $100,000.00 and share in any current and/or future medical expenses, too share in the cost of re-training for future employeement

*Samuel Lee Moore*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 1 April 2007.
(date)

*Samuel Lee Moore*
Signature of plaintiff(s)

Mr. Samuel C. Moore
AIS 9785    A-32-A
P.O. Drawer 160
Alexander City, AL
35011

MONTGOMERY AL 361
10 APR 2007 PM 3 T

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711

36101+0711