IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SAMUEL LEE MOORE, #119785, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-308-WHA |
| ) | |
| SHERIFF D. T. MARSHALL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the complaint filed in this case, and for good cause, it is

ORDERED that on or before April 27, 2007 the plaintiff shall file an amendment to his complaint which:

1. Specifically describes how Richard Allen violated his constitutional rights.

2. Identifies the correctional institution in which he was incarcerated during the alleged violations of his constitutional rights by defendant Allen.

The plaintiff is advised that if he fails to file a response in compliance with the directives of this order the court will enter a Recommendation that Richard Allen be dismissed as a party to this cause of action.

Done this 12th day of April, 2007.

                          /s/ Susan Russ Walker
                        SUSAN RUSS WALKER
                        CHIEF UNITED STATES MAGISTRATE JUDGE

Case 2:07-cv-00308-MEF-SRW    Filed 04/12/2007    Page 2 of 2