IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SAMUEL LEE MOORE, #119785, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-CV-308-WHA |
| | ) | |
| SHERIFF D. T. MARSHALL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the motion for leave to amend complaint filed by the plaintiff on April 26, 2006 (Court Doc. No. 5), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 26th day of April, 2007.

          /s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE