**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Commissioner Richard Allen
   Alabama Department of Corrections
   301 S. Ripley Street
   Montgomery, AL  36130

2. Article Number
   (Transfer from service label)
   7006 2760 0005 4873 9983

   0811 February 2004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Jay P. Hope     ☑ Agent
                      ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

   2:07CV 308
   c + order of proc.

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Domestic Return Receipt                102595-02-M-1540