MAY 22th 2007

Notice of Change of Address
For Samuel Lee Moore - AIS# 119785
Located at Camden w/R Camden Community
Based Facility, 1780 Hwy. 221 East
Camden, Alabama 36726

Samuel L. Moore # 119785
1780 Hwy 221 East
Camden, AL. 36726

Respectfully
Samuel Lee Moore 119785

I hereby Certify, That I have Served a Copy of Change of Address via U.S Mail Postage paid and properly Address on this the 22th day of May 2007 As follows

D. T Marshall
℅ Office of the Clerk
United States District Court   P.O Box 711
Montgomery AL 36101-0711

Sign this 22 Day of May 2007 Samuel Lee Moore 119785

*Samuel Lee Moore*



MONTGOMERY AL 361

22 MAY 2007 PM 1 T

Mr. Samuel Lee Moore #119785
Camden Community Based Facility
1780 Camden, Alabama 36726

Susan Russ Walker
C/o Sheriff D. T. Marshall
United State District Court
P.O. Box 711
Montgomery, Alabama  36101-0711

"This correspondence is forwarded
from an Alabama State Prison. The contents
have not been evaluated, and the Alabama
Department of Corrections is not responsible
for the substance or content of the enclosed
communication."