In The District Court Of The United States
For The Middle District Of Alabama
Northeastern Division

Samuel Moore
AIS # 119785
Petitioner

State of Ala
D.T. Marshall et al
Respondant

Case No. 2:07-CV-308-WHA

## Notice of Change of Address

Comes now the petitioner in the above styled cause, and hereby notify this honorable court and all named defendants as per court ordered instructions, and respectfully request that notice be taken that petitioner has changed addresses as w well as institutions: The new address is;

Samuel Moore AIS # 119785, _____, City of Camden Alabama, zip code is Ala. 36726

Respectfully Submitted
*Samuel L. Moore*
Samuel L. Moore AIS # 119785

## Notice of Service

I certify under penalty of perjury that a true copy of notice has been served via first class, postage affixed mail to:

| | | |
|---|---|---|
| Ala Dept. of Correction Legal Division 301 South Ripley St P.O. Box 301501 Montgomery AL. 36130-1501 | Sheriff DT Marshall Montg. County Sheriff Montgomery County Court House Montg., Ala. 36102 | Sheriff Will Vaughn Lowndes County Sheriff Lowndes County Court House Hayneville, Ala. |

*Samuel L. Moore*
Samuel L. Moore
Petitioner



Mr. Samuel L. Moore # 117785
Camden Community Based Facility
1780 Hwy 221 East
Camden, AL. 36726

36101+0711

MONTGOMERY AL
31 MAY 2007 PM

C/o Susan Russ,
Office of the
United States Dis
P.O. Box 711
Montgomery, AL 36