IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SAMUEL LEE MOORE ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | |
| ) | 2:07-CV-308-WHA-SRW |
| D. T. MARSHALL, ET AL. ) | |
| ) | |
| Defendant(s). ) | |
| ) | |
| ) | |

## ANSWER OF DEFENDANT COMMISSIONER ALLEN

COMES NOW one of the Defendants, Commissioner Richard Allen (hereinafter also referred to as "Allen"), in the above-styled cause, and through undersigned counsel, responds to Plaintiff's Complaint and amendments thereto, as follows:

1. Defendant Allen denies each and every material allegation asserted against him in this action and demands strict proof thereof.

2. Defendant Allen denies any allegations by the Plaintiff that he violated the Plaintiff's rights under the Eighth Amendment and demands strict proof thereof.

3. Defendant Allen denies any allegations by the Plaintiff that he violated the Plaintiff's rights under the Fourteenth Amendment and demands strict proof thereof.

4. Defendant Allen denies any allegations by the Plaintiff that he violated the Plaintiff's rights under the Fifth Amendment and demands strict proof thereof.

5. Defendant Allen denies any allegations by the Plaintiff that he violated the Plaintiff's rights under the Nineth Amendment and demands strict proof thereof

6. Defendant Allen denies that the Plaintiff is entitled to the monetary relief requested or any other relief requested.

7. To the extent the Plaintiff is asserting a claim of deliberate indifference to serious medical needs against this Defendant, this Defendant denies the same and demands strict proof thereof.

8. Defendant Allen denies that he knew of and/or was deliberately indifferent to a substantial risk of harm to the Plaintiff and demands strict proof thereof.

9. Defendant Allen affirmatively states that the Plaintiff's claims for injunctive relief are moot.

10. Defendant Allen asserts that the facts alleged in the Complaint and any subsequent amendments thereto are insufficient to rise to the level of any constitutional violation.

11. Defendant Allen denies violating the Plaintiff's constitutional rights in his official capacity or otherwise.

12. Defendant Allen affirmatively asserts that he is entitled to absolute and qualified immunity in regard to the Plaintiff's constitutional claims.

13. Defendant Allen is not guilty of and/or liable for the things and matters alleged in this action.

14. Plaintiff's Complaint and any subsequent amendments thereto fail to state a claim upon which relief can be granted.

15. Defendant Allen has qualified immunity from the Plaintiff's §1983 claims in this action.

16. Defendant Allen denies any allegations growing out of and/or relating to the Plaintiff's claims of inadequate medical treatment and demands strict proof thereof.

17. The Plaintiff's claims are barred to the extent they are untimely.

18. The Plaintiff's claims are barred by the applicable statute of limitations and/or laches.

19. The Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver, estoppel, judicial estoppel, collateral estoppel, res judicata, and/or ratification.

20. The Plaintiff has failed to mitigate his damages, if any.

21. To the extent the Plaintiff may be seeking punitive damages, any award of the same against Defendant Allen would violate his constitutional rights under the United States and Alabama Constitutions.

22. The Plaintiff is not entitled to punitive damages because Defendant Allen did not engage in any conduct with malice or reckless indifference to the Plaintiff's federally protected rights.

This Defendant reserves the right to amend his Answer.

RESPECTFULLY SUBMITTED,

TROY KING
ATTORNEY GENERAL
KIN047


 /s/  MARY GOLDTHWAITE
MARY GOLDTHWAITE  (GOL013)
ASSISTANT ATTORNEY GENERAL

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 353-9189
(334) 242-2433 (fax)

5

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this the 5th day of June, 2007, served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Samuel Moore, #119785
Alex City Work Release
PO Drawer 160
Alex City, AL  35011

  /s/  MARY GOLDTHWAITE
OF COUNSEL