IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **SAMUEL LEE MOORE, AIS #119785.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 2:07-CV-308-WHA |
| ) | |
| **SHERIFF D.T. MARSHALL, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANT SHERIFF WILLIE VAUGHNER'S ANSWER TO PLAINTIFF'S COMPLAINT

COMES NOW Willie Vaughner, Sheriff of Lowndes County, Alabama, a Defendant in the above-styled cause, and answers the Plaintiff's Complaint as follows:

### I.-IV.  Previous Lawsuits, Place of Confinement, Names and Addresses of Defendants, Occurrence Date

No response is required from this Defendant.

### V.  Plaintiff's Grounds

**Ground One:**  Defendant denies that Plaintiff was injured on December 5, 2006, as Plaintiff was injured on December 4, 2006.  Defendant Vaughner also denies that he violated the Fourteenth Amendment to the United States Constitution with respect to Plaintiff and denies that Plaintiff was denied, refused, or received inadequate medical treatment while incarcerated at the Lowndes County Jail.

**Ground Two**:  Defendant Vaughner also denies that he violated the Eighth Amendment to the United States Constitution with respect to Plaintiff and denies that Plaintiff was not afforded proper medical treatment while incarcerated at the Lowndes County Jail.

**Ground Three**: Defendant Vaughner also denies that he violated the Fifth or Ninth Amendment to the United States Constitution with respect to Plaintiff.

VI.  Plaintiff's Claims for Relief

Defendant Vaughner denies that Plaintiff is entitled to any relief, whether in monetary damages, current or future medical treatment, or costs of training for future employment.

Respectfully submitted this the 6th day of June, 2007.

                                            s/Winthrop E. Johnson
DARYL L. MASTERS, Bar No. MAS018
WINTHROP E. JOHNSON, Bar No. JOH086
Attorneys for Defendant Sheriff Willie Vaughner
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  wjohnson@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the **6th day of June, 2007**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  **Thomas T. Gallion, III, Esq. and Mary Arrington Goldthwaite, Esq.**

I also hereby certify that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Samuel Lee Moore, AIS #119785
Camden Work Release Center
1780 Hwy 221 East
Camden, AL  36726

                                            s/Winthrop E. Johnson
OF COUNSEL