Samuel Lee Moore 119785
1780 Hwy 221 East. Camden (B-F)
Camden Al. 36726

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery Al. 36101-711

06/03/2007

CASE NO. 2:07-CV-308-WHA

Hon. Clerk, Enclosed is a "Motion to Proceed" in relation to the case number labeled above, and the "Motion to Amend" of which I ask to the court to proceed.

Could you "Please submit such documentation unto the court.

Yes, I corresponded with the court previously to let the court acknowledge my change in address, I never recieved a response.

Here is my new address

Samuel Lee Moore 119785 (B-6A)
1780 Hwy 221 East (Camden W/R Center)
Camden Alabama 36726.

Thank you

Samuel Lee Moore #119785