IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

IN THE MATTER OF:

SAMUEL LEE MOORE #119787 (PLAINTIFF)

V.                                    CASE # 2:07-CV-308-WHA

SHERIFF D.T. MARSHAL, ET. AL
         DEFENDANT.

## Motion to Proceed

COMES NOW THE PLAINTIFF SAMUEL LEE MOORE,
AND DOES PRAYERFULLY REQUEST THAT THIS HONORABLE
COURT DOES GRANT HIM PERMISSION TO "AMEND"
HIS SUIT AS IN REFERENCE TO THE DEFENDANT'S OF
PLAINTIFF'S 1983 CIVIL ACTION.

PLAINTIFF DOE'S STATE THAT THIS HONORABLE
COURT DID ORDER THAT ALL DEFENDANTS OF WHOM ARE
RELEVANT IN THIS PROCEEDING TO PRODUCE AND SUBMIT
UNTO THE COURT SPECIFIC DOCUMENTATION IN RELATION
TO PLAINTIFF'S MEDICAL FILES.

PLAINTIFF DOES ASK THAT THIS COURT DOES
RESPECTFULLY ACCEPT HIS "MOTION TO AMEND" HIS
1983 PETITION,

Plaintiff does respectfully submit his motion attached if accepted by the court.

Plaintiff x _____          DATE 6 /6/07

Notary Public /Lee Grand Carl    Samuel Lee Moore

Notary Comm Exp DATE .... Apr. / 23, 2008

IN THE DISTRICT Court of the United States
of America, for the Middle District of
Alabama, Northern Division

IN THE MATTER OF

Samuel Lee Moore #19785 (Plaintiff)    (CASE # 2:07-CV-308-WHA

V.

Sheriff D.T. Marshall, ET. AL (Defendant)

RE:   Motion to Amend

Comes now the Plaintiff Samuel Lee Moore,
Pursuant to Federal Rules of Civil Procedure,
and does request that this Honorable
court moves in good Faith, and grant his
"Motion to Amend" his 1983 petition for
the under-stated grounds.

1) Plaintiff does state that the
Sheriff of Lownes County should
be added as Defendant, because it
was there in the Lownes County
Jail that Plaintiff was injured, and
primarily denied adequate Medical
Attention, and it will be found that
Plaintiff was being held there on contract
signed by D.T. Marshal and Sheriff Willie Vaughn.

Motion to Amend    cont. p 2

2) Plaintiff does state that Willie Vaughn should be added as Defendant because while acting as Sheriff of Lownes County Alabama, that he did go into contract to house inmates from the Montgomery Alabama Jail, and that He Sheriff Willie Vaughn was performing as a servant to Sheriff D.T. Marshall of Montgomery County Alabama to house inmates and to provide proper and adequate medical treatment.

3) Plaintiff does further wish that Richard Allen, commissioner of Al. Dept. of Corrections be added as Defendant so that any and all medical records pertaining to plaintiff be made presentable as to supplement basis of fact in this proceeding.

Upon this Motion I do Pray

Movant . . . .                    Date 6/4/2007

                                 Samuel Lee Moore

Notary Public . . . Re Plaintiff Carl
Notary Date    4 /23/ 2008
Com. Exp

Certificate of Service

I HEREBY CERTIFY THAT I ON this 4th DAY of JUNE 2007, DID SERVE, by USING the U.S. POSTAL SERVICE, DID PLACE IN the U.S. MAIL COPIES OF the FOREGOING to below listed PARTIES.

OFFICE OF THE CLERK, MAGISTRATE Middle DISTRICT ALABAMA

Sheriff D.T. MARSHALL (MONTGOMERY AL.)
Sheriff Willie VAUGHN (LOWNES CO. ALABAMA

Plantiff SIGNATURE Samuel Lee Moore 6/4/2007

Notary Public "
Comm Exp,
Notary DATE ... Apr./ 23, 2008

SAMUEL LEE MOORE 119785
Camden Board Facility
1780 Hwy 221 East
Camden, Al. 36726

OFFICE of THE CLERK
U.S. District Court
P.O. Box 711
Montgomery Al. 36101.711

This correspondence is forwarded from
an Alabama State Prison. The contents
have not been evaluated and the Alabama
department of Corrections is not responsible
for the substance or content of the enclosed
communication.

36101471111 2007