IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SAMUEL LEE MOORE, #119785, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:07-CV-308-WHA |
| | ) |
| SHERIFF D. T. MARSHALL, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon review of the motion for leave to amend filed by the plaintiff on June 6, 2007 (Court Doc. No. 20), and as the plaintiff seeks to name individuals as defendants, Willie Vaughner and Richard Allen, who are presently defendants in this cause of action, it is

ORDERED that the motion for leave to amend be and is here by DENIED as moot.

Done this 7th day of June, 2007.

　　　　　　　　　　　　　　　　　　/s/ Susan Russ Walker
　　　　　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE