IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

SAMUEL LEE MOORE )
)
Plaintiff, )
)
v. ) CASE NO. 2:07-cv-00308-WHA-SRW
)
D.T. MARSHALL, ET AL. )
)
Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Willie Vaughner, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

■ This party is a governmental entity, or

■ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                Relationship to Party

6/20/2007                        (Signature)
Date                             Daryl L. Masters
                                 (Counsel's Name)
                                 Willie Vaughner
                                 Counsel for (print names of all parties)
                                 P.O. Box 240909
                                 Montgomery, Alabama 36124
                                 Address, City, State Zip Code
                                 (334) 262-1850
                                 Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, _____DARYL L. MASTERS_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _____U.S. Mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __20th__ day of __JUNE__ 20_07_, to:

Samuel Lee Moore

AIS #119785

Camden Work Release Center

1780 Highway 221 East

Camden, Alabama 36726

_____6·20·07_____
Date

_____[signature]_____
Signature