IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **SAMUEL LEE MOORE, # 119785,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:07-CV-308-WHA |
| | ) | |
| **SHERIFF D.T. MARSHALL, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## SUGGESTION OF DEATH

COMES NOW the undersigned counsel for Lowndes County, Alabama Sheriff Willie Vaughner, a Defendant in the above-styled cause, to give notice that said Defendant is deceased.

Respectfully submitted this the 26th day of July, 2007.

        **s/Daryl L. Masters**
        DARYL L. MASTERS, Bar No. MAS018
        WINTHROP E. JOHNSON, Bar No. JOH086
        Attorneys for Defendant Willie Vaughner, Deceased
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Drive (36117)
        Post Office Box 240909
        Montgomery, Alabama 36124
        Telephone: (334) 262-1850
        Fax: (334) 262-1889
        E-mail: rrobertson@webbeley.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the **26th day of July, 2007**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Thomas T. Gallion, III, Esq.; Mary Arrington Goldthwaite, Esq.**

    I also hereby certify that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Samuel Lee Moore, AIS #119785
Camden Work Release Center
1780 Hwy 221 East
Camden, AL  36726

                                                **s/Daryl L. Masters**
                                                OF COUNSEL