IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SAMUEL LEE MOORE, #119785, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:07-CV-308-WHA |
| | ) |
| SHERIFF D. T. MARSHALL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the response filed by the plaintiff on August 10, 2007 (Court Doc. No. 26), and for good cause, it is

ORDERED that the Recommendation entered on July 27, 2007 (Court Doc. No. 25) be and is hereby WITHDRAWN.

Done this 10th day of August, 2007.

                                                  /s/ Susan Russ Walker
                                                SUSAN RUSS WALKER
                                                CHIEF UNITED STATES MAGISTRATE JUDGE