# NOTICE OF CORRECTION

**From: Clerk's Office**

**Case Style: Moore v. Marshall et al**

**Case Number:  2:07-cv-00308-WHA**

**Referenced Pleading: Order -  Doc. 27**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice. Please see the correct PDF documents to this notice.**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SAMUEL LEE MOORE, #119785, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 2:07-CV-308-WHA |
| | ) |
| SHERIFF D. T. MARSHALL, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Upon review of the response filed by the plaintiff on August 10, 2007 (Court Doc. No. 26), and for good cause, it is

ORDERED that the Recommendation entered on July 27, 2007 (Court Doc. No. 25) be and is hereby WITHDRAWN.

Done this 10th day of August, 2007.

                                            /s/ Susan Russ Walker
                                            SUSAN RUSS WALKER
                                            CHIEF UNITED STATES MAGISTRATE JUDGE