```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000433
Cashier ID: cstrecke
Transaction Date: 09/14/2007
Payer Name: CAMDEN COMMUNITY
------------------------------------
PLRA CIVIL FILING FEE
 For: SAMUEL MOORE
 Case/Party: D-ALM-2-07-CV-000308-001
 Amount:         $75.96
------------------------------------
CHECK
 Remitter: CAMDEN COMMUNITY BASE FAC
 Check/Money Order Num: 34736
 Amt Tendered:   $75.96
------------------------------------
Total Due:       $75.96
Total Tendered:  $75.96
Change Amt:      $0.00

DALM207CV000308-WHA

CAMDEN COMMUNITY BASE FAC

FOR SAMUEL MOORE

1780 HWY 221
CAMDEN, AL  36726
```