**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 22, 2007

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Moore v. Marshall et al
Civil Action No.  2:07-cv-00308-WHA

The above-styled case has been  reassigned to  Judge Mark E. Fuller.

Please note that the case number is now 2:07-cv-00308-MEF.   This new case number should be used on all future correspondence and pleadings in this action.