IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SAMUEL LEE MOORE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | )  CASE NO. **2:07-CV-308-WHA-SRW** |
| | ) |
| D. T. MARSHALL, et al. | ) |
| | ) |
| Defendant, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW *Commissioner Richard Allen,* one of the named Defendants in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ■ This party is an individual, or
- ■ This party is a governmental entity, or
- ■ There are no entities to be reported, or
- ☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                                   Relationship to Party


02/04/2008                                          /s/ MARY GOLDTHWAITE
Date                                                Counsel Signature

                                                    Commissioner Richard Allen
                                                    Counsel for (print names of all parties)

                                                    11 South Union Street
                                                    Montgomery, AL 36130
                                                    Address, City, State Zip Code

                                                    334-353-9189
                                                    Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

      I, Mary Goldthwaite, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, properly addressed, and postage prepaid on this 4th day of February, 2008, to:

Samuel E. Moore, #119785
Camden Work Release Center
1780 Highway 221 East
Camden, AL  36726

Daryl Masters, Esq.
Webb & Eley, PC
PO Box 240909
Montgomery, AL  36124

Thomas T. Gallion, III, Esq.
Haskell, Slaughter, Young & Gallion, LLC
305 South Lawrence Street
PO Box 4660
Montgomery, AL  36103-4660


01/30/2008                                               /s/ Mary Goldthwaite
Date                                                              Signature