IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SAMUEL LEE MOORE #119785          )

    Plaintiff,                    )

vs.                               )  CIVIL ACTION NO: 2:07 cv308-WHA

SHERIFF D.T. MARSHALL, et al.,    )

    Defendants.                   )

## CHANGE OF ADDRESS

As of this date, Samuel Lee Moore #119785 address has change from Camden Community Base Facility, Highway 221 East, Camden, Alabama 32676, to Staton Correctional Facility, P.O. BOX 56, Elmore, Alabama 36025.

Done this 22nd day of May 2008.

BY: _Samuel Lee Moore #119785_

SAMUEL LEE MOORE #119785
PLIAINTIFF, PRO'SE

CC:

Hon. Thomas T. Gallion, lll
Hon. Winthrop E. Johnson